AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

SERVED

| | |
|---|---|
| KATHERINE E. SETO <br><br> *Plaintiff(s)* <br> v. <br><br> HEALTHCARE REVENUE RECOVERY GROUP, LLC <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 4:21-cv-03886 <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   HEALTHCARE REVENUE RECOVERY GROUP, LLC
c/o REGISTERED AGENT
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: November 30, 2021

*s/ B.Isom*
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

Job # T214992

### Client Info:
Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

### Case Info:

**PLAINTIFF:**
KATHERINE E. SETO
-versus-
**DEFENDANT:**
HEALTHCARE REVENUE RECOVERY GROUP, LLC

USDC FOR THE SOUTHERN DISTRICT OF TEXAS

Court Case # 4:21-cv-03886

### Service Info:

Received by BRENNAN FOGARTY: on December, 6th 2021 at 10:03 AM
Service: I Served HEALTHCARE REVENUE RECOVERY GROUP, LLC c/o REGISTERED AGENT CORPORATION SERVICE COMPANY
With: SUMMONS IN A CIVIL ACTION, COMPLAINT
by leaving with Kaneisha Gross, AUTHORIZED TO ACCEPT

At Business 1201 HAYS STREET TALLAHASSEE, FL 32301
On 12/6/2021 at 01:55 PM
Manner of Service: CORPORATE
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

My name is BRENNAN FOGARTY I declare under penalty of perjury that the foregoing is true and correct. Executed in Leon County, State of FL, on the 06th day of December, 2021
Certified process server identification number 230

Signature of Server
**BRENNAN FOGARTY**
Lic # 230

**ACCURATE SERVE OF PLANTATION**
151 N NOB HILL ROAD, SUITE #254
Plantation, FL 33324

Client # 2021007240
Job # T214992

SUBSCRIBED AND SWORN to before me this 7 day of DECEMBER, 2021, by BRENNAN FOGARTY, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[X] physical presence [ ] online presence.



BENJAMIN W. YOUNG
Commission # GG 934019
Expires November 24, 2023
Bonded Thru Budget Notary Services

NOTARY PUBLIC for the state of Florida




1 of 1